# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| LANCE BARRON ROBEY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:13-cv-0889-TWP-DKL |
| ) | |
| GRANT COUNTY SHERIFF'S ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## Order Transferring Action to Northern District of Indiana

Plaintiff Lance Barron Robey resides in Marion, Indiana. In this civil rights complaint brought pursuant to 42 U.S.C. ' 1983, Robey names as defendants the Grant County Sheriff's Department and Grant County Sheriff's Deputy Brent Beebe. Grant County, Indiana lies within the Northern District of Indiana. 28 U.S.C. ' 94. Robey alleges that the defendants violated his Fourth Amendment rights. He has paid the filing fee. He has requested the court's assistance with serving process on the defendants.

When jurisdiction is not founded solely on diversity, venue is proper only in the district in which (1) any defendant resides, if all of the defendants reside in the same state, (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) any defendant may be found, if there is no district in which the action may otherwise be brought. 28 U.S.C. ' 1391(b). Here, the events giving rise

to the claim occurred, and the defendants can be found, in the Northern District of Indiana. Another statute, 28 U.S.C. ' 1404, provides: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought." Under these circumstances, the better venue for the action is the Northern District of Indiana.

Accordingly, the above action is now **TRANSFERRED** to the United States District Court for the Northern District of Indiana at Fort Wayne, Indiana.

**IT IS SO ORDERED.**

Date: 06/05/2013

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Lance Barron Robey
3728 Frances Slocum Trail, Apt. #11
Marion, IN 46952